## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## DIVISION

_____

Gregory Patterson,

                       Plaintiff,

      v.

Weinstock, Friedman & Friedman, P.A.; and
DOES 1-10, inclusive,

                    Defendant.
_____

Civil Action No.:  1:10-cv-02635-CCB

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against  Weinstock, Friedman & Friedman, P.A. with prejudice and without costs to any party.

Gregory Patterson                        Weinstock, Friedman & Friedman, P.A.

    /s/ Forrest E. Mays                    /s/ Sidney S. Friedman

Forrest E. Mays (Bar No. 07510)        Sidney S Friedman Weinstock Friedman
1783 Forest Drive, Suite 109            and Friedman PA Four Reservoir Cir
Annapolis, MD  21401                  Baltimore, MD 21208
Telephone: (410) 267-6297             Telephone: (410) 559-9000
Facsimile: (410) 267-6234              Facsimile: (410) 559-9009
Email: mayslaw@mac.com              Email: SSF@WEINSTOCKLEGAL.COM
Attorney for Plaintiff                   Attorney for Defendant

_____
SO ORDERED

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2011, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Forrest E. Mays
Forrest E. Mays